479 A.2d 1100

Commonwealth v. Knighton, Appellant.

Submitted March 19, 1984. Aaron C. Finestone, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.